# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CHRISTOPHER JONES**                                                          **PLAINTIFF**

**VS.**                                                    **CASE NO. 3:21-CV-30-CWR-FKB**

**EMILY SANDERS;** *ET AL.*                                         **DEFENDANTS**

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

      **COMES NOW** before this Court, attorneys Larry Stamps, Anita Mathews Stamps, and Stamps & Stamps Law Firm, attorneys of record for Defendants, Emily Sanders, Merrick Sanders, Repairer of the Breach Foundation, Tru-Trust Company Int'l, Ashley Sanders & Seiferth Holdings LLC (sic) dba MetroCenter Jackson AKA Metro Center Mall, and Ashley, Sanders, Seiferth Properties (sic), and Counter-Plaintiffs, Ashley Sanders & Seiferth Holdings LLC and Emily Sanders, and files this Motion to Withdraw as Attorneys of Record, and, in support thereof, states the following, to-wit:

      1.  The undersigned attorneys have represented Defendants and Counter-Plaintiffs, in this matter since March of 2021.

      2.  Undersigned attorney would state to the Court that, in his professional opinion, the attorney/client relationship has been irretrievably severed.

      3.  Undersigned attorney requests that this Court stay this proceeding for sixty (60) days to allow the Defendants and Counter-Plaintiffs to acquire other representation, so that no prejudice may result should this motion be granted.

      4.  In compliance with Rule 83.1(b)(3) of the Local Rules, the undersigned attorney has informed the Defendants and Counter-Plaintiffs of his withdrawal as attorney of record, and shall

provide this motion and order for the Defendants and Counter-Plaintiffs to be duly notified.

5. Due to the procedural nature and brevity of this motion, undersigned attorney respectfully request the filing of any supporting memorandum be waived.

**WHEREFORE, PREMISES CONSIDERED,** undersigned attorney would request this Court to allow attorneys Larry Stamps and Anita Mathews Stamps, and their firm to withdraw from representation of Defendants and Counter-Plaintiffs in this matter for the above referenced reasons.

Respectfully submitted,

**EMILY SANDERS;** *ET AL.*

By:   *s/   Larry Stamps*
　　　LARRY STAMPS, MSB #7773
　　　ANITA MATHEWS STAMPS, MSB #7769
　　　ATTORNEYS OF RECORD

OF COUNSEL:

STAMPS & STAMPS
ATTORNEYS AT LAW
269 E. PEARL STREET
JACKSON, MISSISSIPPI 39201
POST OFFICE BOX 2916
JACKSON, MISSISSIPPI  39207-2916
TELEPHONE:  (601)  354-4747

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney of record for the defendants and counter-plaintiffs, do hereby certify that on this day, I have electronically filed the foregoing with the Clerk of the Court using the ECF System, and hereby certify that I have this day mailed, via electronic mail, a true and correct copy of the foregoing to:

    Christopher Jones, *pro se*
    intljonesc@gmail.com

    THIS, the 17th day of February, 2022.

                                          *s/ Larry Stamps*
                                    ATTORNEY OF RECORD